UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| MICHAEL DOHERTY, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 3:07-CV-157 |
| ) | (Varlan/Shirley) |
| CITY OF MARYVILLE, *et al.*., ) | |
| ) | |
| ) | |
| Defendants. ) | |

## **MEMORANDUM AND ORDER**

The parties came before the undersigned on July 25, 2008, for a telephone conference concerning a discovery dispute. Participating on behalf of Plaintiffs were Molly Elkin and Megan Mechak. Participating on behalf of Defendants were Reid Spaulding and Robert Watson. The first area of dispute was in regard to Defendants' request to be provided the contents of a computer disk, which contained information inputted by Gary Williamson. The second area of dispute was in regard to Defendants' request to be provided any and all documents showing disbursements and or withdrawals of money from Local 4053's general bank account.

With regard to Defendants' request for Plaintiffs to provide information saved on a computer disk, Plaintiffs submit they are willing to provide the computer disk for Defendants review, subject to certain limitations, mainly that the names, addresses, and phone numbers of the people listed are redacted. The Court finds Plaintiffs suggested limitation reasonable and **ORDERS** Plaintiffs to provide Defendants, within three business days, a copy of the computer disk, with the names, addresses, and phone numbers redacted from the documents. Plaintiffs are to note on the documents produced that they redacted the information per this Court's order.

With regard to Defendants' request for Plaintiffs to provide any and all documents showing all disbursements and/or withdrawals of money from Local 4053's general bank account (at CBBC bank), the Court finds this information has been previously deemed discoverable to the extent it related to fund-raising, and that Plaintiffs were ordered to provide it in a timely manner [See Doc. 38]. Accordingly, absent any evidence that Plaintiffs are in violation of this Court's previous order, Defendants request is moot.

**IT IS SO ORDERED.**

                **ENTER:**

                s/ C. Clifford Shirley, Jr.
                United States Magistrate Judge