UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | | |
|---|---|---|---|
| MICHAEL DOHERTY, ALAN HOLMES, and LOCAL 4053, INTERNATIONAL ASSOCIATION OF FIRE FIGHTERS, | ) ) ) ) | | |
| Plaintiffs, | ) ) | | |
| v. | ) ) | No.: | 3:07-cv-157 (VARLAN/SHIRLEY) |
| CITY OF MARYVILLE, and GREGORY MCCLAIN, named in his individual and official capacities, | ) ) ) ) | | |
| Defendants. | ) ) | | |

## ORDER

For the reasons set forth in the memorandum opinion entered contemporaneously herewith, the Plaintiffs' Motion for Partial Summary Judgment as to Defendants' Liability [Doc. 40] is hereby **DENIED** and the Defendants' Motion for Summary Judgment [Doc. 41] is hereby **GRANTED in part** and **DENIED in part**. The plaintiffs' Fourth Claim in the complaint, in which plaintiffs allege a violation of Local 4053 International Association of Fire Fighter's free speech right, is hereby dismissed, but the remaining claims shall proceed to trial.

**E N T E R :**

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE